# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

Case No. 5D22-2625
LT Case No. 2017-CA-000238

—————————————————

MICHAEL WILLIAMS,

    Appellant,

    v.

U.S. BANK TRUST, N.A., AS
TRUSTEE FOR LSF10 MASTER
PARTICIPATION TRUST, THE
ESTATE OF SHARON M.
POLICASTRO A/K/A SHARON
POLICASTRO, DECEASED, GARRY
WILLIAMS, PAMELA WOOLLEY, ET
AL.,

    Appellees.

—————————————————

On appeal from the Circuit Court for Seminole County.
Nancy F. Alley, Judge.

Ryan Fojo, of The Ticktin Law Group, Deerfield Beach, for
Appellant.

Roy Diaz, and Adam A. Diaz, of Diaz Anselmo & Associates, P.A.,
Fort Lauderdale, for Appellee, U.S. Bank Trust, N.A., as Trustee
for LSF10 Master Participation Trust.

No Appearance for the Remaining Appellees.

December 12, 2023

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., LAMBERT, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____